FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

97 JUN 17 AM 10:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| JIMMY VINTSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs ) | CIVIL ACTION NO. 97-P-0212-J |
| ) | |
| WARDEN CHARLIE JONES, et al, ) | |
| ) | |
| Respondent(s). ) | |

ENTERED

**MEMORANDUM OF OPINION**     JUN 17 1997

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed pursuant to 28 U. S. C. § 2244(b)(3)(A). An appropriate order will be entered.

DONE, this 16th day of June, 1997.

SAM C. POINTER, JR.,
CHIEF UNITED STATES DISTRICT JUDGE